UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.5:10-CR-186-1BO

| UNITED STATES OF AMERICA | |
| v. | **ORDER TO SEAL** |
| BENNIE JOSEPH DUNLAP, III | |

On motion of the Defendant, Bennie Joseph Dunlap, III, and for good cause shown, it is hereby ORDERED that the motion to continue sentencing be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that public information may compromise his personal privacy. It is further ORDERED that the Defendant's motion to continue sentencing, for the same good cause shown, be filed under seal.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _9_ day of November, 2010.

TERRENCE W. BOYLE
United States District Court Judge